

New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
www.nyclu.org

December 29, 2024

**VIA ECF**
Hon. Joan  M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:**   ***New York Communities For Change et al v. County of Nassau et al.,*** **No. 2:24-cv-08779-JMA-LGD and** ***Coads et al v. Nassau County et al.***, **No. 2:24-cv-08780-JMA-LGD**

Dear Judge Azrack:

We represent the New York Communities for Change ("NYCC") Plaintiffs in the above-referenced proceedings.  For the reasons stated in the joint motion by order to show cause for immediate remand (NYCC Dkt. No. 8), Plaintiffs respectfully submit that this case should be remanded expeditiously so that the proceedings in Supreme Court, Nassau County may continue. The NYCC Plaintiffs understand the Court's Scheduling Order of December 27, 2024 not to invite a reply brief.  Should any additional information or authorities be helpful to the Court, the NYCC Plaintiffs are pleased to supplement its submission at the Court's direction.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Perry Grossman
*Counsel for NYCC Plaintiffs*